**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUGO PARGA-PEDROZA, | No. 12-70219 |
| Petitioner, | Agency No. A088-423-296 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 22, 2014[**]

Before:     GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

Hugo Parga-Pedroza, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we deny the petition for review.

The record does not compel the finding that Parga-Pedroza demonstrated it is more likely than not he would be tortured by or with the consent or acquiescence (including the concept of willful blindness) of a public official in Mexico. *See id.* at 1073; *see also* 8 C.F.R. § 1208.18(a)(7) ("Acquiescence of a public official requires that the public official, prior to the activity constituting torture, have awareness of such activity and thereafter breach his or her legal responsibility to intervene to prevent such activity."). We reject Parga-Pedroza's contention that the agency failed to give "proper deference" to his credible testimony, or that it failed to consider the entirety of the evidence. Thus, Parga-Pedroza's CAT claim fails.

**PETITION FOR REVIEW DENIED.**